UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURSEL MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SECURITY PACIFIC BANK, ET. AL.,<br><br>　　　　　Defendant. | No. 1:16-CV-00775-AWI-MJS<br><br>**ORDER REQUESTING ADDITONAL INFORMAITON RE: PLANTIFF'S IN FORMA PAUPEROUS APPLICATION**<br><br>**(ECF No. 2)** |

Plaintiff has applied to proceed without payment of fees in this case. However, his affidavit in support of application does not adequately address the issues relative to that application. Accordingly, plaintiff shall, within ten (10) days of the date of this order, supplement the application with a declaration under penalty of perjury listing all sources and amounts of income he receives on a monthly basis and listing his monthly expenditures.

IT IS SO ORDERED.

Dated: June 8, 2016　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1