UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURSEL MITCHELL,<br><br>        Plaintiff,<br><br>    v.<br><br>SECURITY PACIFIC BANK, et. al.,<br><br>        Defendant. | No. 1:16-CV-00775-AWI-MJS<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO COMPLY WITH A COURT ORDER**<br><br>**(Doc. 2)** |

    Plaintiff is a proceeding *pro se* with a civil complaint in this court.

    On June 3, 2016, Plaintiff filed a motion to proceed in forma pauperis. (ECF No. 2.) On June 9, 2016, the Court issued an order requesting Plaintiff supplement his in forma pauperis application with a declaration providing more information regarding his income within ten (10) days of issuance of the order. Over ten days have passed and Plaintiff has not responded.

    Local Rule 110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

///

///

1

1  Plaintiff is HEREBY ORDERED to, within fourteen (14) days of service of this
2  order, SHOW CAUSE why appropriate sanctions should not be imposed for failing to
3  comply with a court order.

IT IS SO ORDERED.

Dated:   December 11, 2016            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE